

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2016

No. 04-16-00284-CV

**TERRACON CONSULTANTS, INC.,**
Appellant

v.

**ROMA INDEPENDENT SCHOOL DISTRICT,**
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-14-289
Honorable Jose Luis Garza, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to June 30, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court